JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION, | 8:25-cv-00447-JDE |
| Plaintiff, | JUDGMENT |
| vs. | |
| ADAM S. NALLY, DO, P.C., an Arizona domestic professional corporation; ADAM NALLY, an individual, | |
| Defendants. | |

Per the Order Granting Plaintiff's Motion for Summary Judgment (Dkt. 20), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Judgment is entered in favor of Ameris Bank d/b/a Balboa Capital Corporation's ("Balboa") and against Adam S. Nally, DO, P.C., an Arizona domestic professional corporation, and Adam Nally, an individual, in the amount of $200,907.59, that is, the sum of the amount owed of $178,684.29, plus $22,223.30 in prejudgment interest;

2.      Balboa is entitled to recoverable costs; and

3.      Any motion to amend the judgment to include attorney's fees shall be filed in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court

Dated: March 16, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2