UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>                    Plaintiff,<br>     vs.<br><br>ADAM S. NALLY, DO, P.C., an Arizona domestic professional corporation; ADAM NALLY, an individual,<br>                    Defendants. | Case No. 8:25-cv-00447-JDE<br><br>AMENDED JUDGMENT |

Per the Order Granting Plaintiff's Motion for Summary Judgment (Dkt. 20), the Order Granting Plaintiff's (1) Motion for Attorney's Fees and (2) Application for Costs (Dkt. 28),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that: Judgment is entered in favor of Ameris Bank d/b/a Balboa Capital Corporation's ("Balboa") and against Adam S. Nally, DO, P.C., an Arizona domestic professional corporation, and Adam Nally, an individual, in the

amount of $232,458.59, that is, the sum of the amount owed of $178,684.29, plus $22,223.30 in prejudgment interest; plus recoverable attorney's fees and expenses of $30,146.00, plus recoverable costs of $1,405.00.

Dated: April 17, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2